UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 4:11CR 0271-1 |
| | ) | |
| GARY M. WISENBAKER | ) | |
| Defendant. | ) | |

## ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant's Motion for Early Termination of Supervised Release having been read and considered, the same is hereby, GRANTED.

Mr. Wisenbaker's supervised release is terminated effective this date.

This 23 day of June, 2014.

Judge B. Avant Edenfield,
United States District Court Judge
Southern District of Georgia